Fill in this information to identify the case:

United States Bankruptcy Court for the:
Middle District of Florida

Case number (if known): 18-4294        Chapter 7

#9172
$335.00

FILED ORLANDO DIVISION
2018 DEC 10 PM 2:27
U.S. BANKRUPTCY COURT
MIDDLE DIST OF FLORIDA

☐ Check if this is an amended filing

## Official Form 105
# Involuntary Petition Against an Individual                          12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-Individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Randall
First name

A.
Middle name

Ralicki
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☒ Unknown

xxx – xx – ___ ___ ___ ___      OR      9xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☒ Unknown

EIN ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ – ___ ___ ___ ___ ___ ___ ___

Debtor  Randall A. Ralicki                          Case number (if known) _____

| 6. Debtor's address | Principal residence | Mailing address, if different from residence |
|---|---|---|
| | 998 S.W. 144th Court Road<br>Number     Street | _____<br>Number     Street |
| | _____ | _____ |
| | Ocala                    Fl    34481<br>City                      State  ZIP Code | _____<br>City                      State  ZIP Code |
| | Marion<br>County | |
| | **Principal place of business** | |
| | _____<br>Number     Street | |
| | _____ | |
| | _____<br>City                State  ZIP Code | |
| | _____<br>County | |

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

Each petitioner believes:

☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____
       District _____ Date filed _____   Case number, if known _____
                          MM / DD / YYYY

       Debtor _____   Relationship _____
       District _____ Date filed _____   Case number, if known _____
                          MM / DD / YYYY

Debtor   Randall A. Ralicki                                    Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Susan F. Albino | Materials provided, and other costs | $ 16,450 |
|  |  | $ |
|  |  | $ |
|  | Total | $ 16,450 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor   Randall A. Balicki   Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

x *Susan F. Albino*
Signature of petitioner or representative, including representative's title

Susan F. Albino
Printed name of petitioner

Date signed  12/10/2018
             MM / DD / YYYY

**Mailing address of petitioner**

11150 N. Williams Street 8 115
Number   Street

Dunnellon               Fl      34432-8363
City                    State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  352-362-6333
Email          herecomestrouble1067@gmail.com

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City    State   ZIP Code

**Attorneys**

x _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City    State   ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone _____   Email _____

Debtor  Randall A. Ralicki  Case number (if known)_____

---

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner _____

Date signed _____ MM / DD / YYYY

**Mailing address of petitioner**

Number  Street _____

City _____ State _____ ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State ZIP Code

---

✗ _____
Signature of Attorney

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code

Date signed _____ MM / DD / YYYY

Contact phone _____ Email _____

---

✗ _____
Signature of petitioner or representative, including representative's title

Printed name of petitioner _____

Date signed _____ MM / DD / YYYY

**Mailing address of petitioner**

Number  Street _____

City _____ State _____ ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code

---

✗ _____
Signature of Attorney

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code

Date signed _____ MM / DD / YYYY

Contact phone _____ Email _____

---

```
                    UNITED STATES BANKRUPTCY COURT
                       MIDDLE DISTRICT OF FLORIDA
                    P E T I T I O N   W O R K S H E E T
CASE NUMBER...: 18-04294-3*7
DEBTOR........: RALICKI, RANDALL A.
JOINT.........:
FILED.........: 12/10/2018      CASE TYPE: I  COUNTY: 12083
TRUSTEE.......: []
WHEN..........: *BAD DATE* *BAD DATE* AT 65:81 p.m.   [0]
WHERE.........:   [0]
```

DEBTOR'S ATTY.: PROSE

*Prior:*
*3:14-bk-6012-PMG*

Petition - Orig + 2 ✓    Orig + 3 _____

Summary of Schedules _____

Schedules A-J (indicate which are missing) _____

Declaration Concerning Schedules _____

Statement of Financial Affairs _____

Statement of Intentions _____

Payment Advices _____   Certificate Credit Counseling _____

Statement of Income: Form B22A _____  Form B22C _____

Chapter 13 Plan _____

Blanks:
All other Names _____

Discl: _____  Discl Co-Counsel: _____    SSN _____

Statement of Assistance _____            Pending/Prior _____

Matrix _____            Disk _____        Signatures _____

COMMENTS: *Involuntary*

```
Fee information:
Rec#           Amount Type Check#    Code Date
91728          $30.00  S            MIS  12/10/2018
91728         $290.00  S            N7   12/10/2018
91728          $15.00  S            TRS  12/10/2018

Total ->       $335.00
```

5 ✓